# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBIEL LEE WILLIAMS,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Jeffrey M. Bryan<br>United States District Judge<br><br>Case No.: 23-CR-00367 (2) (JMB/JFD)<br>Date: January 16, 2025<br>Court Reporter: Nancy Meyer<br>Courthouse: St. Paul<br>Courtroom: 3A<br>Time in Court: 10:34 AM – 11:13 AM<br>Total Time: 39 Minutes |

**APPEARANCES:**

    For Plaintiff:    David Steinkamp, Assistant United States Attorneys
    For Defendant:    Kenneth U. Udoibok
                         ☐ FPD, ☑ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language:    None / English

**PROCEEDINGS:**

☑ Change of Plea Hearing.

☑ PLEA:
    ☑ Guilty as to Count 1 of the Indictment.

☑ Presentence Investigation and Report requested.

☑ Defendant released with the same conditions as prior to plea, except one change per separate Order of the Court. They same conditions are: Pretrial Services Supervision; Travel Restrictions; No Contact with Victim/Witness(es); Weapons Restriction; No Illegal Use of Controlled Substances; Substance Abuse Testing; No Tampering with Substance Abuse Testing; Report Contact with Law Enforcement; Alcohol Abstinence; Residential Requirements.

                                                                                        s/ L. Arzt
                                                                                 Courtroom Deputy