# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: CR 23-367 (2) JMB/JFD |
| Robiel Lee Williams, Defendant. | Date: June 30, 2025 |
| | Court Reporter: Nancy Meyer |
| | Courthouse: St. Paul |
| | Courtroom: 3B |
| | Time Commenced: 2:39 PM |
| | Time Concluded: 3:18 PM |
| | Time in Court: 39 Minutes |

Before Judge Jeffrey M. Bryan, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Timothy Campbell Warner, Assistant United States Attorney
   For Defendant:   Kenneth U. Udoibok, CJA

   **x Sentencing.**

IT IS ORDERED:   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 120 months | | 5 years | | |

   x Special conditions of:   **See J&C for special conditions**
   x Defendant sentenced to pay:
       x Special assessment in the amount of $100.00.
   x Plea and plea agreement accepted.
   x Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released with a voluntary surrender date of September 3, 2025, before 12:00 PM (noon).

   x   Docket no. 462 shall be unsealed at the time the judgment is filed.

   s/G. Bendickson
Courtroom Deputy
